# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

CR24-00170 JD

UNITED STATES OF AMERICA

V.

JASON OPPENHEIMER,

DEFENDANT(S).

**FILED**

Mar 19 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## INDICTMENT

VIOLATIONS:

Possession with Intent to Distribute Tapentadol (21 U.S.C. §§ 841(a)(1), 841(b)(1)(C));

Conspiracy to Distribute Controlled Substances (21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846);

Forfeiture Allegation (21 U.S.C. § §§ 853(a), 970)

A true bill.

/s/ Foreperson of the Grand Jury

Foreman

Filed in open court this <u>19th</u> day of <u>March, 2024</u>.

Clerk

Bail, $ <u>Summons</u>

||| 1 | ISMAIL J. RAMSEY (CABN 189820)
United States Attorney |
| --- | --- |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

**FILED**

Mar 19 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. CR24-00170 JD |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | VIOLATIONS: |
| v. | ) | COUNT 1: Possession with Intent to Distribute Tapentadol (21 U.S.C. §§ 841(a)(1), 841(b)(1)(C)) |
| JASON OPPENHEIMER, | ) | COUNT 2: Conspiracy to Distribute Controlled Substances (21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846) |
| Defendant. | ) | FORFEITURE ALLEGATION: 21 U.S.C. § §§ 853(a), 970 |

I N D I C T M E N T

The Grand Jury charges:

COUNT 1:          (21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) – Possession with Intent to Distribute Tapentadol)

1. On or about September 22, 2022, in the Northern District of California and elsewhere, the defendant,

JASON OPPENHEIMER,

did knowingly and intentionally possess with intent to distribute Tapentadol, a Schedule II narcotic drug, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C).

COUNT 2:          (21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846 – Conspiracy to Distribute Controlled Substances)

INDICTMENT

2.  Beginning no later than January 8, 2021, and ending no earlier than September 22, 2022, in the Northern District of California and elsewhere, the defendant,

JASON OPPENHEIMER,

and others known and unknown to the Grand Jury, did knowingly and intentionally conspire to distribute and possess with intent to distribute Controlled Substances, including Aspadol (Schedule II); Oxycodone (Schedule II); Modafinil (Schedule IV); Tramadol (Schedule IV); Diazepam (Schedule IV); Carisoprodol (Schedule IV); Clonazepam (Schedule IV); Zolpidem tartrate (Schedule IV); and Alprazolam (Schedule IV), in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846.  Aspadol contains Tapentadol, a Schedule II controlled substance, and is not approved by the United States Food and Drug Administration for sale in the United States.

**The Scheme**

3.  OPPENHEIMER did conspire with others known and unknown to the grand jury, to smuggle shipments of controlled substances, from foreign countries into the Northern District of California.  OPPENHEIMER received these misbranded prescription drugs in bulk and held them at his residence.  OPPENHEIMER's co-conspirators received orders and payment from United States residents for various prescription drugs, and these co-conspirators forwarded the order information to OPPENHEIMER, who took drugs from his inventory, repackaged them to fill these individual orders from consumers in the United States, and shipped them to United States customers.  OPPENHEIMER received commission payments from his co-conspirators for packaging and shipping these orders to United States customers.

**Overt Acts**

4.  In furtherance of the conspiracy, and to effect the illegal objects thereof, the following overt acts, among others, were committed in the Northern District of California:

  a.  On or about October 6, 2021, OPPENHEIMER agreed with a co-conspirator to continue to receive prescription drugs from foreign countries in return for payment.

  b.  On or around January 8, 2021, OPPENHEIMER communicated regarding spreadsheets created to track shipments of prescription drugs from foreign countries between him and co-conspirators.

c. On or around July 24, 2022, after OPPENHEIMER received prescription drugs from foreign countries, he made videos that were sent to the co-conspirator to confirm receipt, and that showed him unpacking boxes of various controlled substances.

FORFEITURE ALLEGATION:    (21 U.S.C. §§ 853(a) and 970)

The allegations contained above are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Sections 853(a) and 970.

Upon conviction of any of the offenses alleged in Counts 1 and 2 above, the defendant,

JASON OPPENHEIMER,

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a) and 970, all right, title, and interest in any property constituting and derived from any proceeds defendant obtained, directly or indirectly, as a result of such violations, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

the United States shall, pursuant to 21 U.S.C. § 853(p) (as incorporated by 18 U.S.C. § 982(b)(1)), seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

All pursuant to Title 21, United States Code, Sections 853 and 970, Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: March 19, 2024                              A TRUE BILL.


                                                                    _____/s/_____

INDICTMENT                                             3

1
2
                                                                                      FOREPERSON
                                                                                      San Francisco

3  ISMAIL J. RAMSEY
    United States Attorney
4

5  \_\_\_\_/s/_____
    JOSEPH TARTAKOVSKY
6  Assistant United States Attorney

7

INDICTMENT                                      4