```
EDWIN PRATHER, CABN 190536
PRATHER LAW OFFICES
245 Fifth Street, Suite 103
San Francisco, CA 94103
Telephone: 415.881.4777
Email: edwin@pratherlawoffices.com

Attorneys for Defendant
JASON OPPENHEIMER
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JASON OPPENHEIMER,<br><br>　　　　　Defendant. | Case No.: CR 24-0170 JD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF SENTENCING HEARING** |

     A sentencing hearing is currently scheduled in this matter for October 21, 2024. However, Defendant Oppenheimer has sought leave to substitute counsel moving forward and his current counsel of record filed a Motion to Withdraw as Counsel (Docket No. 20) on October 4, 2024.

     Undersigned defense counsel filed a notice of appearance today, on October 10, 2024, concurrently with this Joint Stipulation and [Proposed] Order. Defense counsel and the government have met and conferred on relevant issues and agree that the continuance of the sentencing date is

warranted to allow for new defense counsel to review and research the file, further work with the parties, and prepare the matter for a future sentencing hearing.

As such, the parties request and jointly stipulate that the sentencing hearing be continued to an available date on the Court's criminal calendar in January 2025.

Alternatively, should the Court wish to see the parties prior to a sentencing hearing, the parties are available to appear before the Court on October 21, 2024, for a status conference.

SO STIPULATED.

                                                               Respectfully submitted,

                                                               ISMAIL RAMSEY
                                                               United States Attorney

Dated: October 10, 2024                                            _____/S/_____
                                                               JOSEPH TARTAKOVSKY
                                                               Assistant United States Attorney


Dated: October 10, 2024                                            _____/S/_____
                                                               EDWIN PRATHER
                                                               PRATHER LAW OFFICES
                                                               Attorneys for Defendant
                                                               JASON OPPENHEIMER

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING and per the parties' stipulation, IT IS HEREBY ORDERED that the October 21, 2024 sentencing hearing is continued to January 13, 2025, at 10:30 a.m. Defendant will file a sentencing memorandum by January 6, 2025.

Dated: October 11, 2024

_____
THE HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE