

# PRATHER
LAW OFFICES

FILED THROUGH PACER AND DELIVERED ELECTRONICALLY

March 18, 2025

The Honorable James Donato
U.S. Courthouse
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94103

     Re: *USA v. Jason Oppenheimer, CR 24-0170 JD*

Dear Judge Donato,

During the March 17, 2025 sentencing hearing, the Court granted my inconsistent requests concerning recommendations to be made to the BOP. I write to correct my error.

First, I asked the Court to recommend to the BOP that Mr. Oppenheimer be allowed to participate in the Residential Drug Abuse Program (RDAP). The Court granted that request. Next, I asked the Court to recommend to the BOP that Mr. Oppenheimer be designated to the federal prison camp (FPC) in Lompoc, California. The Court also granted that request.

Unfortunately, due to recent BOP changes, FPC Lompoc no longer offers the RDAP. My understanding is that the BOP will send Mr. Oppenheimer to an out-of-state prison camp that offers the RDAP. As such, it is Mr. Oppenheimer's request that the Court recommend to the BOP that Mr. Oppenheimer be designated to the Satellite Prison Camp in McKean, Pennsylvania. SPC McKean offers the RDAP and is the closest prison camp to Mr. Oppenheimer's family members in the State of New York (as listed in the PSR).

The government does not oppose Mr. Oppenheimer's request.

Mr. Oppenheimer respectfully submits that the Court recommend to the BOP that Mr. Oppenheimer be designated to the Satellite Prison Camp in McKean, Pennsylvania and that the Court include the recommendation in the Judgment.

PAGE 2 OF 2
OCTOBER 18, 2023


Thank you in advance for the Court's consideration of this revised request.

Very truly yours,

Edwin K. Prather


cc: AUSA Joseph Tartakovsky